IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

GINNI RAMOS,                          )          CV 06-00126 HG-LEK
                                      )
            Plaintiff(s),             )
                                      )
    vs.                               )
                                      )
SCOTT MURAKAMI,                       )
                                      )
            Defendant(s).             )
_____      )

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 6 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## ORDER ADOPTING MAGISTRATE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on August 23, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____11- 5-06_____

Helen Gillmor
Chief United States District Judge

cc:all parties of record

Due for Adoption: 9/7/06